UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 70 BREMEN, LLC<br>Plaintiff,<br>v.<br><br>OFFICE OF THE COMPTROLLER OF<br>THE CURRENCY, MICHAEL J. HSU<br>ACTING COMPTROLLER OF THE<br>CURRENCY, THE FEDERAL<br>DEPOSIT INSURANCE<br>CORPORATION and THE FEDERAL<br>HOUSING FINANCE AGENCY<br>Defendants. | Case No. 22-CV-10644-RGS |

## JUDGMENT

It is hereby ORDERED and AJUDGED that:

1. The mortgage dated March 16, 1936 given by Grace Nicosia and Maria Faldetta to Home Owner's Loan Corporation, a United States Corporation in the principal amount of $6,855.84, which mortgage was recorded with the Suffolk County Registry of Deeds in Book 5588, Page 562 is hereby released and effectively discharged from the property located at 28-30 Chelsea Street, East Boston, Suffolk County, Massachusetts;

2. Title to the property located at 28-30 Chelsea Street, East Boston, Suffolk County, Massachusetts is hereby quieted in the name of 70 Bremen, LLC as a result of the deed dated May 1, 2015 and recorded with the Suffolk County Registry of Deeds in Book 54396, Page 289;

3. The Plaintiff is authorized to record an attested or certified copy of this Judgment in the appropriate Registry of Deeds after payment of all applicable recording fees.

Dated at Boston, this 3rd day of October, 2022.

By the Court,

/s/ Richard G. Stearns
United States District Judge

Attest: